IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN D. TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CHESTER, et al. | : | NO. 23-4031 |

## ORDER

AND NOW, this 3rd day of January, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the Motion of Plaintiff Shawn Taylor "to Request Leave to File an Amended Complaint" (Doc. #69) is DENIED with prejudice.

BY THE COURT:


/s/  Harvey Bartle III
                                    J.