IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN D TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CHESTER, et al. | : | NO. 23-4031 |

ORDER

AND NOW, this 12th day of September, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motions of defendants County of Chester and PrimeCare Medical, Inc. for summary judgment against plaintiff Shawn D Taylor (Doc. #111 and Doc. #112) are GRANTED.

BY THE COURT:

/s/   Harvey Bartle III
                              J.